IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ELI BROWN, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 3:20-cv-944-JTA |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | (WO) |
| | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, it is

ORDERED AND ADJUDGED that the decision of the Commissioner is hereby

AFFIRMED and that this case is DISMISSED with prejudice.

The Clerk of the Court is directed to enter this document on the civil docket as a

final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 28th day of March, 2023.

JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE